UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STUDENT DOE,

    Plaintiff,

v.

    Case No. 2:11-CV-00273
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Terence P. Kemp

WEST MUSKINGUM COUNTY
BOARD OF EDUCATION, *et al.*,

    Defendants.

## ORDER

Counsel for Defendant West Muskingum County Board of Education, and various West Muskingum County employees, has informed the Court that the parties are set to engage in a private mediation on September 28, 2012. Counsel also informed the Court that the parties are in agreement that the Court's Settlement Conference, set for October 2, 2012, is not necessary under these circumstances. Accordingly, the October 2, 2012 Settlement Conference is **VACATED**. The Court, however, will hold a **TELEPHONE STATUS CONFERENCE** on **TUESDAY, OCTOBER 2, 2012 at 11:00 a.m.**

    IT IS SO ORDERED.

_9-12-2012_
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE