UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STUDENT DOE,

    Plaintiff,

v.

WEST MUSKINGUM COUNTY
BOARD OF EDUCATION, *et al.*,

    Defendants.

Case No. 2:11-CV-00273
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

On October 5, 2012, the parties filed a notice of settlement, stating that they had reached a resolution of this case. Accordingly, all current deadlines in this case, including the November 12, 2012 trial date, are hereby **VACATED**. The parties are **DIRECTED** to file a **JOINT STATUS REPORT** within **THIRTY (30) DAYS**, unless they have filed a dismissal entry prior to this date.

**IT IS SO ORDERED.**

10-17-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE